**Rayfield BAKER, Petitioner-Appellant,**

v.

**Louie L. WAINWRIGHT, Director, Division of Corrections, State of Florida, Respondent-Appellee.**

No. 72–2169

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Nov. 14, 1972.

Before WISDOM, GODBOLD and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1] The appellant has failed to exhaust his state remedies.

**Johnny STAIR, Plaintiff-Appellant,**

v.

**Alfred W. TAYLOR, Defendant-Appellee.**

No. 72–1401.

United States Court of Appeals, Sixth Circuit.

Sept. 1, 1972.

Before EDWARDS and MILLER,* Circuit Judges, and CECIL, Senior Circuit Judge.

ORDER

The appeal of Johnny Stair, plaintiff-appellant herein, coming on to be heard before this Court upon the briefs of the parties and the record in the District Court,

* Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

It is ordered that the judgment of the District Court be and it is hereby affirmed for the reasons stated in the Memorandum Opinion and Order of Judge C. G. Neese, of the United States District Court for the Eastern District of Tennessee, Northeastern Division, 347 F.Supp. 1223.

**James D. HODGSON, Secretary of Labor, United States Department of Labor, Appellee,**

v.

**J. W. LYLES, INC., a corporation, trading as Transitruck Center, and Transit Truck Stop, Inc., a corporation, Appellants.**

No. 72–1222.

United States Court of Appeals, Fourth Circuit.

Argued Nov. 2, 1972.

Decided Nov. 27, 1972.

Samuel L. Bare, III, Miami, Fla. (Muller & Mintz, Miami, Fla., H. Russell Smouse and Clapp, Somerville, Black & Honemann, Baltimore, Md., on brief), for appellants.

Donald S. Shire, Atty. U. S. Dept. of Labor (Richard F. Schubert, Sol. of Labor, Carin Ann Clauss, Associate Sol., Louis Weiner, Regional Sol., U. S. Dept. of Labor, on brief), for appellee.

Before HAYNSWORTH, Chief Judge, and BUTZNER and FIELD, Circuit Judges.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

* Judge Miller did not participate in this decision.